UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WAYNE MORRIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SIERRA COUNTY CLERKS OFFICE, *et al.*,<br><br>　　　　Respondents. | Case No. 2:24-cv-01905-JDP (HC)<br><br>**ORDER**<br><br>DIRECTING PETITIONER TO FILE AN *IN FORMA PAUPERIS* AFFIDAVIT ON THIS COURT'S FORM OR PAY THE REQUIRED FILING FEE |

　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an *in forma pauperis* affidavit on this court's form or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee.

　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

　　　2. The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form

1  used by this district.

2  IT IS SO ORDERED.

4  Dated:    July 16, 2024                                                      
                                                 JEREMY D. PETERSON

5                                                   UNITED STATES MAGISTRATE JUDGE

2